IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZACHARY DAVID FLOYD,

    **Plaintiff,**

v.                             Case No. 5:15cv249-MW/GRJ

C. MOON,

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's Motion to Dismiss, ECF No. 10 is **GRANTED**. Plaintiff's Complaint, ECF No. 1 is **DISMISSED**. Plaintiff is **granted leave** to file an Amended Complaint within 30 days of the date this Order, on or before August 8, 2016. Plaintiff's failure to file an amended complaint shall result in dismissal of

1

this case with prejudice without further notice. This case is remitted to the Magistrate Judge for further proceedings.

**SO ORDERED on July 7, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
