IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZACHARY DAVID FLOYD,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-249-MW-GRJ

C. MOON,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a *pro se* inmate in the custody of the Florida Department of Corrections, initiated this case on September 25, 2015, by filing a complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Defendant filed a motion to dismiss on March 11, 2016, ECF No. 10, which the Court granted on July 7, 2016. (ECF No. 13.) As a result, Plaintiff's complaint was dismissed. (*Id.*)

The Court, however, granted Plaintiff leave to file an amended complaint within 30 days, on or before August 8, 2016. (*Id.*) The Court advised Plaintiff that "failure to file an amended complaint shall result in dismissal of this case with prejudice without further notice." (*Id.*) As of the date of this Report and Recommendation, Plaintiff has failed to file an

amended complaint.[1]

## Discussion

Plaintiff's failure to comply with the Court's grant of leave to file an amended complaint warrants dismissal of his case. A district court has inherent power to control its docket, which includes dismissing a case. *Quality Foods de Centro Am., S.A. v. Latin Am. Agribusiness Dev. Corp., S.A.*, 711 F.2d 989, 998 (11th Cir. 1983). However, "a dismissal with prejudice is a 'drastic remedy' that only is proper in extreme circumstances when lesser sanctions are not feasible." *Id.*

Dismissal of a plaintiff's claims with prejudice is permitted for failure to comply with the court's orders when the plaintiff is aware of the consequences of failing to comply. *Shortz v. City of Tuskegee, Ala.*, 352 F. App'x 355, 359 (11th Cir. 2009). Because the Court advised Plaintiff of the consequences of failing to file an amended complaint, the Court finds that dismissal of his case with prejudice is appropriate.

---

[1] The Court's order granting Defendant's motion to dismiss, ECF No. 13, was returned to the Court as undeliverable on two separate occasions. It is Plaintiff's responsibility, however, to keep the Court updated as to his current address. Further, in the Magistrate Judge's Report and Recommendation on Defendant's motion to dismiss, Plaintiff was also advised that he "must file his amended complaint within thirty days of the date an order is entered addressing this report and recommendation. Plaintiff's failure to do so will result in a further recommendation that the case be dismissed." (ECF No. 12.) Thus, Plaintiff was on notice that he would need to file an amended complaint upon issuance of a court order.

Case 5:15-cv-00249-MW-GRJ   Document 16   Filed 10/11/16   Page 3 of 3

Page 3 of 3

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED WITH PREJUDICE** for failure to file an amended complaint.

**IN CHAMBERS**, this 11th day of October 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> **A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.