IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ZACHARY DAVID FLOYD,**

    **Plaintiff,**

v.       Case No. 5:15cv249-MW/GRJ

**C. MOON,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

---

[1] Plaintiff has failed to keep this Court advised of his correct address as evidenced by the numerous returned documents to the Clerk.

The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice** for failure to file an amended complaint." The Clerk shall close the file.

**SO ORDERED on November 7, 2016.**

s/Mark E. Walker<br>**United States District Judge**